THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Mark Jones, Sr., Appellant.
 
 
 

Appeal From Greenwood County
 Wyatt T. Saunders, Jr, Circuit Court Judge

Unpublished Opinion No. 2005-UP-465
Submitted July 1, 2005  Filed July 26, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor W. Townes Jones, IV, of Greenwood, for Respondent.
 
 
 

PER CURIAM:  Mark Jones, Sr. appeals his guilty plea for the offense of committing or attempting to commit a lewd act upon a child under sixteen years old, arguing the trial judge failed to comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969), in accepting the plea.  Pursuant to Anders v. California, 386 U.S. 738 (1967), Joness counsel attached a petition to be relieved, stating he reviewed the record and concluded this appeal lacks merit.  No separate pro se brief was filed.  After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Joness appeal and grant counsels motion to be relieved.
 APPEAL DISMISSED[1]
 GOOLSBY, HUFF, and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.